IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NED MITCHELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN VAN EYCKE, | ) |
| | ) No. 21-cv-177-GCS |
|    Defendant, | ) |
| | ) |
| RYAN WHITE, | ) |
| | ) |
|    Defendant, | ) |
| | ) |
| CITY OF SESSER, ILLINOIS | ) |
| | ) |
|    Defendant. | ) |

### *STIPULATION OF DISMISSAL*

NOW Comes the Plaintiff, Ned Mitchell, by Darrel Dunham & Associates, her attorneys, and come the Defendants, Brian Van Eycke, Ryan White, City of Sesser, Illinois, by Bleyer and Bleyer, his attorneys, and stipulate and agree that the captioned cause, having been fully and completely settled by and between the parties, that the captioned suit may be dismissed, with prejudice, each party to pay own costs, and that an Order may be entered at any time hereafter dismissing, with prejudice, this cause.

DATED This 6th day of January, 2025.

                                                              DARREL DUNHAM & ASSOCIATES

                                                              S/Darrell Dunham (w/ permission)
                                                              Attorneys for Plaintiff, Ned Mitchell

BLEYER and BLEYER

S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendants, City of Sesser

DARRELL DUNHAM & ASSOCIATES
308 West Walnut Street
Carbondale, IL 62901
Telephone:	(618)549-9800
Fax:	(618)549-9805
e-mail:	*darrell.dunham@gmail.com*

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:	(618) 997-1331
Fax:	(618) 997-6559
e-mail:	*jableyer@bleyerlaw.com*

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 6, 2025, I electronically filed a Notice of Settlement with the Clerk of the court using CM/ECF System which will send notifications of such filing to the following:

>MR. DARRELL DUNHAM
>DARRELL DUNHAM & ASSOCIATES
>308 WEST WALNUT STREET
>CARBONDALE, IL 62901
>darrell.dunham@gmail.com

I hereby certify that on January 6, 2025, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

>S/Joseph A. Bleyer

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:         (618) 997-6559
e-mail:      *jableyer@bleyerlaw.com*