# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Ned Mitchell,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-177-GCS |
| | ) |
| **Brian Van Eycke,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 95), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: January 7, 2025

        MONICA A. STUMP, Clerk of Court
        *s/ Catina Simpson*
        Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge